UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM BLANDINO,<br>      Plaintiff(s),<br>v.<br>STEVE SISOLAK, et al.,<br>      Defendant(s). | Case No.: 2:20-cv-01337-GMN-NJK<br><br>**ORDER** |

Plaintiff has failed to update his address. In particular, the Court has received mail returned as undeliverable to Plaintiff. Docket No. 25. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by January 8, 2021. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THIS CASE BE DISMISSED.**

IT IS SO ORDERED.

Dated: December 22, 2020

                                                Nancy J. Koppe<br>
                                                United States Magistrate Judge